# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Leslie Wood,  :<br>:<br>: Civil Action No.:  1:09-cv-11932-RWZ<br>Plaintiff,  :<br>v.  :<br>:<br>Debt Management, Inc.,  :<br>:<br>Defendant.  :<br>:<br>:  | |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND
## VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Plaintiff, Leslie Wood, by her attorney, hereby withdraws her complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: February 17, 2010

                                                Respectfully submitted,

                                                By: /s/ Sergei Lemberg

                                                Sergei Lemberg, Esq.
                                                BBO No.: 650671
                                                Lemberg & Associates L.L.C.
                                                1100 Summer Street, 3rd Floor
                                                Stamford, CT 06905
                                                Telephone: (203) 653-2250
                                                Facsimile:  (877) 795-3666
                                                Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 17, 2010, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system.

                                                         By:  /s/ Sergey Lemberg
                                                               Sergei Lemberg